IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore   Division

In Re:   Keith Stevens
       Melissia Stevens

                        Bankruptcy Case No.  07-19162
                        Chapter 13

       Debtor(s)

## PRE-CONFIRMATION CERTIFICATION

Debtor(s) hereby certify under penalty of perjury that the following statements are true and correct:

1. Debtor(s) has/have paid any fee, charge, amount required under Sec. 1930 of title 28, U.S.C, or by the plan (i.e. adequate protection payments) to be paid before confirmation.

2. Debtor(s) has/have paid all amounts that are required under a domestic support obligation and that first became payable after the date of the filing of the petition, if applicable.

3. Debtor(s) has/have filed all applicable Federal, State, and Local tax returns with the appropriate taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

Debtor(s) affirm that the plan is proposed in accordance with 11 U.S.C §1325 and request said plan be confirmed.

Date: 2-26-08 _____     /s/ Keith Stevens _____
                                         Debtor's Signature

Date: 2-26-08 _____     /s/ Melissia Stevens _____
                                         Joint Debtor's Signature

**Local Bankruptcy Form O**