## UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF MARYLAND

IN RE:                                        *

**KEITH AND MELISIA STEVENS,**                *        **CHAPTER 13**

    **Debtor.**                              *        **CASE NO. 07-19162**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT EXHIBITS LIST FOR HEARING ON DEBTORS' OBJECTION TO FIRST SAVINGS MORTGAGE CORPORATION'S CLAIM

NOW COME the Parties, Keith and Melisia Stevens and First Savings Mortgage Corporation, and file the attached Joint Exhibits to be admitted as additional evidence at the continued hearing on Debtors' Objection to First Savings Mortgage Corporation's Claim.

1.     HUD-1 Settlement Statement for the property located at 148 Old Solomons Island Road, Lothian, Maryland 20711.  [Exhibit 3]

2.     Note for property located at 148 Old Solomons Island Road, Lothian, Maryland 20711.  [Exhibit 4]

3.     HUD-1 Settlement Statement for first mortgage for the property located at 10814 Catron Road, Perry Hall, Maryland 21128.  [Exhibit 5]

4.     Note for first mortgage for the property located at 10814 Catron Road, Perry Hall, Maryland 21128.  [Exhibit 6]

5.     Deed of Trust for first mortgage for property located at 10814 Catron Road, Perry Hall, Maryland 21128.  [Exhibit 7]

6.      HUD-1 Settlement Statement for second mortgage for the property located at

10814 Catron Road, Perry Hall, Maryland 21128.  [Exhibit 8]

7.      Note for second mortgage for property located at 10814 Catron Road, Perry Hall,

Maryland 21128.  [Exhibit 9]

8.      Deed of Trust for second mortgage for the property located at 10814 Catron Road,

Perry Hall, Maryland 21128.  [Exhibit 10]


_____/s/_____
Craig D. Roswell, Esquire (#09529)
Justin S. Dunbar, Esquire (#27699)
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, MD   21202
Direct:  (410) 783-6341
Fax:  (410) 783-6363
Electronic Mail:  cdroswell@niles-law.com
                        jsdunbar@niles-law.com
Counsel for First Savings Mortgage Corp.

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June, 2008, a copy of the foregoing Joint Exhibits List was electronically mailed via CM/ECF to:

Joseph R. Laumann, Esquire
Law Office of Joseph R. Laumann
1160 Spa Road, Suite 3C
Annapolis, Maryland 21403
*Attorney for Debtors*

Ellen W. Cosby
P.O. Box 20016
Baltimore, Maryland 21284
*Trustee*

_____/s/_____
Justin S. Dunbar

ND: 4817-8768-5890, v. 1

ND: 4817-8768-5890, v. 1