

| A. Settlement Statement | U.S. Department of Housing and Urban Development | OMB No. 2502-0265 | |
|---|---|---|---|

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1.☐ FHA  2.☐ RHS  3.☒ Conv. Unins. | 6. File Number 05WM327B | 7. Loan Number 31806096 | 8. Mortgage Insurance Case Number | | |
| 4.☐ VA  5.☐ Conv. Ins. | | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Keith B. STEVENS<br>Melissa L. STEVENS<br>148 Old Solomons Island Road<br>Lothian, Maryland 20711 | | First Savings Mortgage Corporation<br>8444 Westpark Drive, #400<br>McLean, VA 22102 |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 148 Old Solomons Island Road<br>Lothian, Maryland 20711<br>Lot 3A, "Stevens Property"<br>Anne Arundel County, TID# 90211349 | Potomac Settlement Services, Inc. t/a Unity Title | |
| | Place of Settlement<br>RGS Fountainhead<br>7939 Honeygo Boulevard, #124<br>White Marsh, MD 21236 | I. Settlement Date<br>07/31/06 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 3,674.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes    to | | 406. City/town taxes    to | |
| 107. County taxes    to | | 407. County taxes    to | |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 3,674.00 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 130,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County taxes    to | | 511. County taxes    to | |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 130,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 3,674.00 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 130,000.00 | 602. Less reduction amount due to seller (line 520) | |
| 303. CASH    TO    BORROWER | 126,326.00 | 603. CASH    TO    SELLER | |

RESPA, HB 4305.2 - REV. HUD1(3/86)



EXHIBIT 3


| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | SETTLEMENT STATEMENT | | PAGE 2 |
|---|---|---|---|
| **L. SETTLEMENT CHARGES:** File Number: 06WM327B | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $    @    = | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $         to | | | |
| 702. $         to | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | P.O.C. | | |
| 801. Loan Origination Fee         1 %   First Savings Mortgage Corporation | | 1,300.00 | |
| 802. Loan Discount                 0.5 %   First Savings Mortgage Corporation | | 650.00 | |
| 803. Appraisal Fee           to | | | |
| 804. Credit Report           to | | | |
| 805. Lender's Inspection Fee   to | | | |
| 806. Mtg. Ins. Application Fee   to | | | |
| 807. Assumption Fee           to | | | |
| 808. Document Review Fee         First Savings Mortgage Corporation | | 685.00 | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| 815. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest from      to      @$      /day | | | |
| 902. Mortgage Insurance Premium     to | | | |
| 903. Hazard Insurance Premium        yrs. to | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance         mo. @$         / mo. | | | |
| 1002. Mortgage Insurance       mo. @$         / mo. | | | |
| 1003. City property taxes      mo. @$         / mo. | | | |
| 1004. County property taxes    mo. @$         / mo. | | | |
| 1005. Annual Assessments       mo. @$         / mo. | | | |
| 1006.                          mo. @$         / mo. | | | |
| 1007.                          mo. @$         / mo. | | | |
| 1008. Aggregate Reserve for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee      to | | | |
| 1102. Abstract or title search       to   Guarantee Abstracts, Inc. | | 244.00 | |
| 1103. Title examination              to | | | |
| 1104. Title insurance binder         to | | | |
| 1105. Document preparation           to | | | |
| 1106. Notary fees                    to | | | |
| 1107. Attorney's fees                to | | | |
| (includes above item No: ) | | | |
| 1108. Title insurance                to   Washington Metro Title Agency/PSS | | | |
| (includes above item No: ) | | | |
| 1109. Lender's coverage    130,000.00 — 390.00 - Not Required | | | |
| 1110. Owner's coverage | | | |
| 1111. Courier\Overnight Fee       Potomac Settlement Services, Inc. t/a Unit | | 25.00 | |
| 1112. Title Review Fee            Potomac Settlement Services, Inc. t/a Unit | | 20.00 | |
| 1113. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording fees    Deed $         ; Mortgage $ 60.00    ; Releases $ | | 40.00 | |
| 1202. City/county/stamps Deed $      ; Mortgage $ 910.00 | | 910.00 | |
| 1203. State tax/stamps  Deed $      ; Mortgage $ | | | |
| 1204. County Transfer Tax Deed $    ; Mortgage $ | | | |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey           to | | | |
| 1302. Pest inspection  to | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1400. TOTAL SETTLEMENT CHARGES     (enter on lines 103 and 502, Sections J and K) | | 3,674.00 | |

RESPA, HB 4305.2 - REV. HUD1(9/85)

## ADDENDUM TO HUD-1 SETTLEMENT STATEMENT

TAX ADJUSTMENTS: If proration of taxes and assessments was made on estimates prior to receipt of actual bills, the parties hereto agree to adjust the prorations shown hereon when the actual bills are received. Payments of outstanding real estate taxes not paid at settlement are assumed by the purchaser.

SUBJECT TO FINAL AUDIT: All computations are subject to final audit. Any error discovered may be corrected by the Company in which event the parties hereto agree to immediately reimburse the Company for any error made in their favor, and for the cost of the collection of same, if necessary, including reasonable attorney's fees.

EXISTING LIENS: The Sellers certify that there are no bankruptcy proceedings, Deeds of Trusts, Mortgages, Special Assessments, or HOA Dues, levied or pending, or other liens affecting the property other than those shown on page 1 of hereof, and if there are such liens, the Sellers hereby guarantee payment and release of same.

Seller further understands all payoff figures are provided by lenders; any amount(s) necessary to payoff existing mortgage(s) is the sole responsibility of Seller. If any additional amount is necessary to payoff/release such lien, *Seller agrees to immediately forward to the Company any additional amount due.*

The undersigned, for and in consideration of the Company's preparation of closing documents and the conducting of closing, agree, that if requested, they will fully cooperate, adjust and correct all TYPOGRAPHICAL OR CLERICAL ERRORS discovered in any or all of the closing documents executed by the undersigned at settlement. The undersigned appoint the Company and its designees as their attorney-in-fact to correct any such errors, place our initials on documents where changes are made, and/or sign our names to and acknowledge any document or form adjusting or correcting such errors.

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

BUYER/BORROWERS

_____
Keith B. STEVENS

_____
Melissia L. STEVENS


Buyer Phone #_____        Seller Phone #:_____
                                    Forwarding Address:_____

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_____
Potomac Settlement Services, Inc. t/a Unit

SETTLEMENT AGENT

CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL SETTLEMENT STATEMENT CONSISTING OF 3 PAGES. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.