## A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB No. 2502-0265



| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☒ Conv. Unins. | | 6. File Number  06WM327 | 7. Loan Number  31806080 | 8. Mortgage Insurance Case Number | |
| 4. ☐ VA  5. ☐ Conv. Ins. | | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Keith B. STEVENS<br>Melissia L. STEVENS<br>10814 Catron Road<br>Perry Hall, Maryland 21128 | M/I Homes of DC, LLC<br>a Delaware Limited Liability Company<br>5101-B Mountville Road<br>Frederick, Maryland 21703 | First Savings Mortgage Corporation<br>8444 Westpark Drive, #400<br>McLean, VA 22102 |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 10814 Catron Road<br>Perry Hall, Maryland 21128<br>Lot 87, FIELDS OF WHITE MARSH<br>Baltimore County, TID# 24-00-004863 | Potomac Settlement Services, Inc. t/a Unity Title | |
| | Place of Settlement<br>RGS Fountainhead<br>7939 Honeygo Boulevard, #124<br>White Marsh, MD 21236 | I. Settlement Date<br>07/31/06 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---:|---|---:|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 765,000.00 | 401. Contract sales price | 765,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 33,529.70 | 403. | |
| 104. Capital Contribution | 135.00 | 404. | |
| 105. Hoa Dues 07/31-08/31 | 46.45 | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes       to | | 406. City/town taxes       to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments           to | | 408. Assessments           to | |
| 109. 2nd Trust Fees 323.33 | | 409. | |
| 110. Improvement Tax Escrow | 4,492.18 | 410. | |
| 111. Water/Sewer Facilities Charge | 295.34 | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 803,498.67 | 420. GROSS AMOUNT DUE TO SELLER | 765,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | 35,000.00 | 501. Excess Deposit (see instructions) | 35,000.00 |
| 202. Principal amount of new loan(s) | 612,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. 2nd Trust Proceeds<br>First Savings Mortgage Corporation | 9,676.67 | 505. Payoff of second mortgage loan | |
| 206. Seller Closing Cost Contribution | 38,822.00 | 506. Seller Closing Cost Contribution | 38,822.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes       to | | 510. City/town taxes       to | |
| 211. County taxes   07/01 to 07/31 | 22.61 | 511. County taxes   07/01 to 07/31 | 22.61 |
| 212. Assessments           to | | 512. Assessments           to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 695,521.28 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 73,844.61 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 803,498.67 | 601. Gross amount due to seller (line 420) | 765,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 695,521.28 | 602. Less reduction amount due to seller (line 520) | 73,844.61 |
| 303. CASH   FROM   BORROWER | 107,977.39 | 603. CASH   TO   SELLER | 691,155.39 |

RESPA, HB 4305.2 - REV. HU

**EXHIBIT  S**

| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | SETTLEMENT STATEMENT | | PAGE 2 |
|---|---|---|---|
| **L. SETTLEMENT CHARGES:** File Number: 06WM327 | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $       @       = | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $       to | | | |
| 702. $       to | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | P.O.C. | | |
| 801. Loan Origination Fee    1 %   First Savings Mortgage Corporation | | 6,120.00 | |
| 802. Loan Discount    % | | | |
| 803. Appraisal Fee    to  First Savings Mortgage Corporation | | 400.00 | |
| 804. Credit Report    to | | | |
| 805. Lender's Inspection Fee    to | | | |
| 806. Mtg. Ins. Application Fee    to | | | |
| 807. Assumption Fee    to | | | |
| 808. Document Review Fee    First Savings Mortgage Corporation | | 485.00 | |
| 809. Tax Service Fee    First Savings Mortgage Corporation | | 78.00 | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| 815. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest from  07/31/06  to  08/01/06  @$  114.75  /day  1 day(s) | | 114.75 | |
| 902. Mortgage Insurance Premium    to | | | |
| 903. Hazard Insurance Premium    1 yrs. to  Erie Insurance | | 1,018.00 | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance    3 mo. @$  84.83  / mo. | | 254.49 | |
| 1002. Mortgage Insurance    mo. @$    / mo. | | | |
| 1003. City property taxes    mo. @$    / mo. | | | |
| 1004. County property taxes    4 mo. @$  552.13  / mo. | | 2,208.52 | |
| 1005. Annual Assessments    mo. @$    / mo. | | | |
| 1006.    mo. @$    / mo. | | | |
| 1007.    mo. @$    / mo. | | | |
| 1008. Aggregate Adjustment | | -424.13 | |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee   to  RGS Fountainhead/PSS | | 415.00 | |
| 1102. Abstract or title search   to  Guarantee Abstracts, Inc. | | 200.00 | |
| 1103. Title examination   to  Washington Metro Title Agency/PSS | | 75.00 | |
| 1104. Title insurance binder   to  Washington Metro Title Agency/PSS | | 75.00 | |
| 1105. Document preparation   to  Curran & Whittington, PLLC | | 125.00 | |
| 1106. Notary fees   to | | | |
| 1107. Attorney's fees   to | | | |
| (includes above item No:                              ) | | | |
| 1108. Title Insurance   to  Washington Metro Title Agency/PSS | | 2,780.00 | |
| (includes above item No:                              ) | | | |
| 1109. Lender's coverage    612,000.00 — 1,585.20 | | | |
| 1110. Owner's coverage    765,000.00 — 1,194.80 | | | |
| 1111. Courier\Overnight Fee    Potomac Settlement Services, Inc. t/a Unit | | 75.00 | |
| 1112. Title Review Fee    Potomac Settlement Services, Inc. t/a Unit | | 20.00 | |
| 1113. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording fees   Deed $  40.00  ; Mortgage $  40.00  ; Releases $ | | 80.00 | |
| 1202. City/county/stamps   Deed $  3,825.00  ; Mortgage $ | | 3,825.00 | |
| 1203. State tax/stamps   Deed $  3,825.00  ; Mortgage $ | | 3,825.00 | |
| 1204. County Transfer Tax  Deed $  11,145.00  ; Mortgage $ | | 11,145.00 | |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey    to  M/I Homes of DC, LLC | | 200.00 | |
| 1302. Pest inspection    to  M/I Homes of DC, LLC | | 120.00 | |
| 1303. Lien Certificate Application    Potomac Settlement Services, Inc. | | 40.00 | |
| 1304. 06-07 Real Estate Taxes    Baltimore County | | 275.07 | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1400. TOTAL SETTLEMENT CHARGES    (enter on lines 103 and 502, Sections J and K) | | 33,529.70 | |

## ADDENDUM TO HUD-1 SETTLEMENT STATEMENT

TAX ADJUSTMENTS: If proration of taxes and assessments was made on estimates prior to receipt of actual bills, the parties hereto agree to adjust the prorations shown hereon when the actual bills are received. Payments of outstanding real estate taxes not paid at settlement are assumed by the purchaser.

SUBJECT TO FINAL AUDIT: All computations are subject to final audit. Any error discovered may be corrected by the Company in which event the parties hereto agree to immediately reimburse the Company for any error made in their favor, and for the cost of the collection of same, if necessary, including reasonable attorney's fees.

EXISTING LIENS: The Sellers certify that there are no bankruptcy proceedings, Deeds of Trusts, Mortgages, Special Assessments, or HOA Dues, levied or pending, or other liens affecting the property other than those shown on page 1 of hereof, and if there are such liens, the Sellers hereby guarantee payment and release of same.

Seller further understands all payoff figures are provided by lenders; any amount(s) necessary to payoff existing mortgage(s) is the sole responsibility of Seller. If any additional amount is necessary to payoff/release such lien, *Seller agrees to immediately forward to the Company any additional amount due.*

The undersigned, for and in consideration of the Company's preparation of closing documents and the conducting of closing, agree, that if requested, they will fully cooperate, adjust and correct all TYPOGRAPHICAL OR CLERICAL ERRORS discovered in any or all of the closing documents executed by the undersigned at settlement. The undersigned appoint the Company and its designees as their attorney-in-fact to correct any such errors, place our initials on documents where changes are made, and/or sign our names to and acknowledge any document or form adjusting or correcting such errors.

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

BUYER/BORROWERS                           SELLERS
                                          M/I Homes of DC, LLC
                                          a Delaware Limited Liability Company

_____           _____
Keith B. STEVENS                          By: John M. Berger, President MD Div.

_____
Melissia L. STEVENS


Buyer Phone # _____     Seller Phone #: _____
                                          Forwarding Address: _____

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

Potomac Settlement Services, Inc. t/a Unit

_____
SETTLEMENT AGENT

CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL SETTLEMENT STATEMENT CONSISTING OF 3 PAGES. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.