## A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB No. 2502-0265

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☒ Conv. Unins.  4. ☐ VA  5. ☐ Conv. Ins. | | 6. File Number  06WM327A | 7. Loan Number  31806099 | 8. Mortgage Insurance Case Number | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Keith B. STEVENS  Melissia L. STEVENS  10814 Catron Road  Perry Hall, Maryland 21128 | | First Savings Mortgage Corporation  8444 Westpark Drive, #400  McLean, VA 22102 |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 10814 Catron Road  Perry Hall, Maryland 21128  Lot 87, FIELDS OF WHITE MARSH  Baltimore County, TID# 24-00-004863 | Potomac Settlement Services, Inc. t/a Unity Title | |
| | Place of Settlement  RGS Fountainhead  7939 Honeygo Boulevard, #124  White Marsh, MD 21236 | I. Settlement Date  07/31/06 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 323.33 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes    to | | 406. City/town taxes    to | |
| 107. County taxes    to | | 407. County taxes    to | |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 323.33 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 10,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County taxes    to | | 511. County taxes    to | |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 10,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 323.33 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 10,000.00 | 602. Less reduction amount due to seller (line 520) | |
| 303. CASH    TO    BORROWER | 9,676.67 | 603. CASH    TO    SELLER | |

RESPA, HB 4305.2 - REV. HUD1(3/8

**EXHIBIT 8**

| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | SETTLEMENT STATEMENT | | PAGE 2 | |
|---|---|---|---|---|---|
| L. SETTLEMENT CHARGES: | | File Number: 06WM327A | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ | | @ | = | | |
| Division of commission (line 700) as follows: | | | | | |
| 701. $ | to | | | | |
| 702. $ | to | | | | |
| 703. Commission paid at Settlement | | | | | |
| 704. | | | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | P.O.C. | | |
| 801. Loan Origination Fee | 1 % First Savings Mortgage Corporation | | | 100.00 | |
| 802. Loan Discount | 1 % First Savings Mortgage Corporation | | | 100.00 | |
| 803. Appraisal Fee | to | | | | |
| 804. Credit Report | to | | | | |
| 805. Lender's Inspection Fee | to | | | | |
| 806. Mtg. Ins. Application Fee | to | | | | |
| 807. Assumption Fee | to | | | | |
| 808. | | | | | |
| 809. | | | | | |
| 810. | | | | | |
| 811. | | | | | |
| 812. | | | | | |
| 813. | | | | | |
| 814. | | | | | |
| 815. | | | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
| 901. Interest from 07/31/06 to 08/01/06 @$ | | 3.33 /day | 1 day(s) | 3.33 | |
| 902. Mortgage Insurance Premium | to | | | | |
| 903. Hazard Insurance Premium | yrs. to | | | | |
| 904. | | | | | |
| 905. | | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | | | |
| 1001. Hazard Insurance | mo. @$ | / mo. | | | |
| 1002. Mortgage Insurance | mo. @$ | / mo. | | | |
| 1003. City property taxes | mo. @$ | / mo. | | | |
| 1004. County property taxes | mo. @$ | / mo. | | | |
| 1005. Annual Assessments | mo. @$ | / mo. | | | |
| 1006. | mo. @$ | / mo. | | | |
| 1007. | mo. @$ | / mo. | | | |
| 1008. Aggregate Reserve for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | | | |
| 1100. TITLE CHARGES | | | | | |
| 1101. Settlement or closing fee | to | | | | |
| 1102. Abstract or title search | to | | | | |
| 1103. Title examination | to | | | | |
| 1104. Title insurance binder | to | | | | |
| 1105. Document preparation | to | | | | |
| 1106. Notary fees | to | | | | |
| 1107. Attorney's fees | to | | | | |
| (includes above item No: | ) | | | | |
| 1108. Title insurance | to Washington Metro Title Agency/PSS | | | 35.00 | |
| (includes above item No: | ) | | | | |
| 1109. Lender's coverage | 10,000.00 — 120.00 (Owner's Simultaneous Issue Rate) | | | | |
| 1110. Owner's coverage | | | | | |
| 1111. Courier\Overnight Fee | Potomac Settlement Services, Inc. t/a Unit | | | 25.00 | |
| 1112. Title Review Fee | Potomac Settlement Services, Inc. t/a Unit | | | 20.00 | |
| 1113. Judgement Search | Potomac Settlement Services, Inc. | | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | |
| 1201. Recording fees Deed $ | ; Mortgage $ 40.00 | ; Releases $ | | 40.00 | |
| 1202. City/county/stamps Deed $ | ; Mortgage $ | | | | |
| 1203. State tax/stamps Deed $ | ; Mortgage $ | | | | |
| 1204. County Transfer Tax Deed $ | ; Mortgage $ | | | | |
| 1205. | | | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | | |
| 1301. Survey | to | | | | |
| 1302. Pest Inspection | to | | | | |
| 1303. | | | | | |
| 1304. | | | | | |
| 1305. | | | | | |
| 1306. | | | | | |
| 1307. | | | | | |
| 1308. | | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103 and 502, Sections J and K) | | | | 323.33 | |