

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:   07–19162 – DK   Chapter:   13

| | |
|---|---|
| Keith Stevens<br>148 Old Solomons Island Road<br>Lothian, MD 20711 | Melissia Stevens<br>146 Old Solomons Island Rd.<br>Lothian, MD 20711 |

## ORDER CONVERTING CHAPTER 13 CASE
## TO A CASE UNDER CHAPTER 7
## ON DEBTOR(S)' REQUEST

Upon the consideration of the motion/application of the Debtor(s) requesting conversion of this Chapter 13 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1307(a), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code; and

NOTICE is given to Debtor(s) to comply with the requirements of Federal Bankruptcy Rule 1019.


cc:   Debtor(s)
      Attorney for Debtor(s) – Joseph Laumann
      Chapter 13 Trustee – Ellen W. Cosby


**13.6 –** *mrybczynski*

**End of Order**