

**DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

IN RE:

Keith Stevens
aka Keith Brian Stevens
 aka Keith B. Stevens
Melissia Stevens
aka Melissia Lyn Stevens
 aka Melissia L. Stevens
    DEBTOR(S)

Case No.: 07-19162-DWK
Chapter 7

Mortgage Electronic Registration Systems,
Inc., as Nominee for American Home
Mortgage Servicing, Inc.
    MOVANT
      vs.
Keith Stevens
aka Keith Brian Stevens
 aka Keith B. Stevens
Melissia Stevens
aka Melissia Lyn Stevens
 aka Melissia L. Stevens

and
Zvi Guttman, Trustee
    RESPONDENT(S)

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

1

Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, no opposition having been filed, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED

That the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated to enable Mortgage Electronic Registration Systems, Inc., as Nominee for American Home Mortgage Servicing, Inc., or its successors and assigns, to proceed with foreclosure against the real property and improvements known as 148 Old Solomons Island Road, Lothian, MD 20711 and allow the successful purchaser thereof to obtain possession of same.

cc:  Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204

Keith Stevens
aka Keith Brian Stevens
aka Keith B. Stevens
148 Old Solomons Island Road
Lothian, MD 20711

Melissia Stevens
aka Melissia Lyn Stevens
aka Melissia L. Stevens
148 Old Solomons Island Road
Lothian, MD 20711

and respondent(s)' counsel:           Zvi Guttman, Trustee
Joseph Laumann, Esquire               P. O. Box 32308
1160 Spa Road, Ste 3C                 Baltimore, MD 21282-2308
Annapolis, MD 21403

**End of Order**

2