Form clsnodsc

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   07−19162 DK    Chapter:   7

| | |
|---|---|
| Keith Stevens<br>Debtor(s) | Melissia Stevens |

## NOTICE OF CHAPTER 7 CASE CLOSED
## WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 9/29/08

Mark D. Sammons, Clerk of Court
by Deputy Clerk, T Matthews 410 962−3602