IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN THE MATTER OF | : | CHAPTER 7 |
| Keith Stevens | : | CASE NO. 07-19162 |
| Melissa Stevens | : | |
| Debtors. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO REOPEN CASE

NOW COME, THE DEBTORS, by and through their attorney, Joseph R. Laumann, Esquire, stating the following:

1. That this matter was closed without discharge.

2. That the Debtors have completed his pre discharge counseling.

3. That the Debtors failed to submit the notice to the Court believing that the counseling agency would forward it to the Court.

4. That once the undersigned was provided with said certificate, it was submitted unto the Court.

5. That the Debtors, through counsel, have filed the required certificate with the Court.

WHEREFORE, the debtors respectfully request;

a. That this matter be reopened for the sole purpose of filing the debtors' certificates of Debtor Education.

b. That he be allowed to continue this matter in the normal course.

c. That he be granted any further and such other relief as the nature of his cause may require.

Respectfully Submitted,

_____/s/_____

Joseph R. Laumann, Esquire (14235)

1160 Spa Road, Ste 3C

Annapolis, MD 21403

410-216-9822

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN THE MATTER OF | : | CHAPTER 7 |
| Keith Stevens | : | CASE NO. 07-19162 |
| Melissa Stevens | : | |
| Debtors. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING MOTION TO RECONSIDER

UPON THE CONSIDERATION OF the Debtors' Motion to Reopen Case, and any answer thereto, it is hereby GRANTED, and that this matter is reopened.

cc: Debtors

Debtors' Counsel

Trustee

end of order