**SO ORDERED**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:  07–19162 – DK    Chapter:  7

| | |
|---|---|
| Keith Stevens<br>148 Old Solomons Island Road<br>Lothian, MD 20711 | Melissia Stevens<br>146 Old Solomons Island Rd.<br>Lothian, MD 20711 |

## ORDER REOPENING CASE
## TO PERMIT DEBTOR(S) TO
## FILE DEBTOR'S CERTIFICATE OF FINANCIAL MANAGEMENT COURSE

Upon consideration of Debtor(s)' motion to reopen the above-captioned case pursuant to 11 U.S.C. § 350(b) and Federal Bankruptcy Rule 5010, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted for the limited purpose of permitting Debtor(s) to file the Certificate of Financial Management Course, and the Clerk shall reopen the case; and it is further

ORDERED, that if Debtor(s) has/have not initiated such action by filing a pleading herein on or before (30) days after this Order is entered, the Clerk shall close the case.

cc:   Debtor(s)
      Attorney for Debtor(s) – Joseph Laumann
      Chapter 7 Trustee – Zvi Guttman
      U.S. Trustee
      Respondent Creditor(s) –

**31.2 –** *mrybczynski*

### End of Order

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: mrybczyns             Page 1 of 1            Date Rcvd: Jan 26, 2009
Case: 07-19162                Form ID: pdfall             Total Served: 3

The following entities were served by first class mail on Jan 28, 2009.
db           +Keith Stevens,   148 Old Solomons Island Road,   Lothian, MD 20711-9708
db           +Melissia Stevens,   146 Old Solomons Island Rd.,   Lothian, MD 20711-9708
             +Office of the US Trustee,   101 W. Lombard St, Ste 2650,   Baltimore MD 21201-2623

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 28, 2009**                          Signature:   _Joseph Speetjens_